*Friday, July 11, 1997*

# DISCIPLINARY DOCKET

**95–2646. In re Resignation of Guth.**
On March 24, 1997, the Cleveland Bar Association filed a Motion for Order to Appear and Show Cause, requesting the court to issue an order directing Milton Jerome Guth to appear and show cause why he should not be found in contempt for his failure to comply with this court's January 12, 1996 order accepting his resignation from the practice of law. On April 29, 1997, the court granted the motion to the extent that respondent was ordered to show cause by filing a written response why he should not be found in contempt. On May 19, 1997, respondent filed his response to the order. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that respondent is found in contempt and ordered to appear in person before this court on August 26, 1997, at 10:00 a.m.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

DOUGLAS, J., dissents and would dismiss.

*Monday, July 14, 1997*

# DISCIPLINARY DOCKET

**97–1131. Disciplinary Counsel v. Daniels.**
On June 5, 1997, movant, Disciplinary Counsel, filed a Motion for Order to Show Cause, requesting the court to issue an order directing respondent, Richard J. Daniels, to appear and show cause why he should not be found in contempt of this court for his failure to cooperate in a disciplinary investigation and to comply with a lawfully issued subpoena. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and is hereby, granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before twenty days from the date of this order why he should not be found in contempt.

IT IS FURTHER ORDERED, *sua sponte,* that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

PFEIFER and COOK, JJ., would also order Richard J. Daniels to appear.

# MISCELLANEOUS DISMISSALS

**97–1017. Ogrizek v. Ogrizek.**
Summit App. No. 18074. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due June 30, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

. IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Wednesday, July 16, 1997*

# MERIT DOCKET

**97–1137. Lambert v. State.**
In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.